# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00481-CV

### In re McLane Company, Inc. and David Fuentes

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The parties have filed a Joint Motion to Reinstate and Dismiss Mandamus and Appeal. This cause number includes a petition for writ of mandamus and an appeal that were consolidated, then abated for the parties to discuss whether to arbitrate their dispute. The parties assert that they have reached an agreement to arbitrate and now ask that we dismiss both the mandamus and appeal. We grant the motion, reinstate the case, and dismiss the appellate proceedings.

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed on Joint Motion

Filed:   November 7, 2014